IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SERGIO ALVA,

    Plaintiff,

vs.                                                      2:16-cv-00008-MCA-LF

DAN STUMP, OTERO COUNTY JAIL,
and VICK JENKINS,

    Defendants.

# ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The magistrate judge filed her Proposed Findings and Recommended Disposition on June 10, 2016 (Doc. 8).  The proposed findings notified plaintiff Sergio Alva of his ability to file objections within fourteen (14) days, and that failure to do so waives appellate review.  To date, Alva has not filed any objections, and there is nothing in the record indicating that the proposed findings were not delivered.

**IT IS THEREFORE ORDERED AS FOLLOWS:**

1. The magistrate judge's Proposed Findings and Recommended Disposition (Doc. 8) is ADOPTED;

2. Otero County's Motion to Dismiss (Doc. 2) is granted; and

3. Alva will have 21 days from the date of this order to amend his complaint.  If Alva does not amend his complaint within 21 days, the case will be dismissed with prejudice.

                                                      _____
                                                      M. CHRISTINA ARMIJO
                                                      CHIEF UNITED STATES DISTRICT JUDGE